**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DOCKETED
DEC 1 7 2004

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| **Plaintiff,** | ) | 04C 8138 |
| **v.** | ) | **Case No.** |
| | ) | JUDGE DER-YEGHIAYAN |
| **SCATCHELLS STUBBY DRIVE IN** | ) | **Jury Trial Demanded** |
| **Defendant.** | ) | MAGISTRATE JUDGE NOLAN |

FILED
04 DEC 16 PM 3:31
CLERK
U.S. DISTRICT COURT
ED-7
FILED FOR DOCKETING

**NATURE OF THE ACTION**

This is an action under Title I of the Americans with Disabilities Act of 1990 (the "ADA"), 42 U.S.C. §12101 et seq., and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Christel Jerome ("Jerome") who was adversely affected by such practices. The Commission alleges that Jerome was discharged on the basis of disability in violation of the ADA.

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)1 and 3 of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C.§ 2000e-5(f)(1) and

1-1

(3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

**PARTIES**

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4. At all relevant times, Defendant, Scatchells Stubby Drive In, Inc. ("Defendant" or "Scatchells" ), has continuously been and is now an Illinois corporation doing business in the State of Illinois and the City of Cicero, and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C.§ 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

**STATEMENT OF CLAIMS**

7. More than thirty days prior to the institution of this lawsuit, Jerome filed a charge with the Commission alleging violations of Title I of the ADA by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least on or about October of 2002, Defendant has engaged in unlawful employment practices at its restaurant, in violation of Section 102 of Title I of the ADA, 42 U.S.C. 12112, by terminating Jerome on the basis of disability.

9. The effect of the practices complained of in paragraph 8 above has been to deprive Jerome of equal employment opportunities and otherwise adversely affect her status as an employee because of disability.

10. The unlawful employment practices complained of in paragraph 8 above were intentional.

11. The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Jerome.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, management personnel, employees agents, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination on the basis of disability.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Jerome, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement of Jerome.

D. Order Defendant to make whole Jerome by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, including unreimbursed medical expenses and job search expenses, in amounts to be determined at trial.

E. Order Defendant to make whole Jerome by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, including emotional pain and suffering and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay Jerome punitive damages for its malicious and reckless conduct, as described in paragraphs 8-10 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public

conduct, as described in paragraphs 8-10 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

**JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

Eric S. Dreiband
General Counsel

John C. Hendrickson
Regional Attorney

Gregory Gochanour
Supervisory Trial Attorney

Deborah L. Hamilton
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
500 West Madison Street
Suite 2800
Chicago, IL 60601
(312) 353-7649



DOCKETED
DEC 1 7 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

04C 8138

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

JUDGE DER-YEGHIAYAN

**Plaintiff(s): EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

County of Residence:

Plaintiff's Atty: Deborah L. Hamilton
Equal Employment Opportunity Commission
500 W. Madison, Suite 2800,
Chicago, IL 60661
312-353-7649

**Defendant(s):SCATCHELLS STUBBY DRIVE IN**

County of Residence: MAGISTRATE JUDGE NOLAN

Defendant's Atty: Robert H. Brown
Laner Muchin Dombrow Becker Lehn & Tominberg, Ltd.
515 N. State, Suite 2800,
Chicago, IL 60610

FILED FOR DOCKETING
ED-7
04 DEC 16 PM 3:31
CLERK
U.S. DISTRICT COURT

II. Basis of Jurisdiction: **1. U.S. Gov't Plaintiff**

III. Citizenship of Principal Parties (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **442 Employment**

VI.Cause of Action: **Title I of the Americans with Disabilityies Act of 1990 (the "ADA"), 42 U.S.C. § 12101 et seq., and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability.**

VII. Requested in Complaint
Class Action:
Dollar Demand:
Jury Demand: Yes

VIII. This case IS NOT a refiling of a previously dismissed case.

**Signature:** Deborah L Hamilton

**Date:** 12/16/04

1-2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED

DEC 1 7 2004

In the Matter of

Equal Employment Opportunity Commission
v.
Scatchells Stubby Drive In

Case Number: 04C 8138

JUDGE DER-YEGHIAYAN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

MAGISTRATE JUDGE NOLAN

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME Deborah L. Hamilton | | NAME Gregory M. Gochanour | |
| FIRM Equal Employment Opportunity Commission | | FIRM Equal Employment Opportunity Commission | |
| STREET ADDRESS 500 W. Madison, Suite 2800 | | STREET ADDRESS 500 W. Madison, Suite 2800 | |
| CITY/STATE/ZIP Chicago, IL 60661 | | CITY/STATE/ZIP Chicago, IL 60661 | |
| TELEPHONE NUMBER 312-353-7649 | FAX NUMBER 312-353-8555 | TELEPHONE NUMBER 312-886-9124 | FAX NUMBER 312-353-8555 |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 06269891 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 06210804 | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☑ | MEMBER OF TRIAL BAR? | YES ☑ NO ☐ |
| TRIAL ATTORNEY? | YES ☑ NO ☐ | TRIAL ATTORNEY? | YES ☑ NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME John C. Hendrickson | | NAME | |
| FIRM Equal Employment Opportunity Commission | | FIRM | |
| STREET ADDRESS 500 W. Madison, Suite 2800 | | STREET ADDRESS | |
| CITY/STATE/ZIP Chicago, IL 60661 | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER 312-353-8551 | FAX NUMBER 312-353-8555 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 01187589 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☑ NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☑ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |

FILED FOR DOCKETING ED-7
04 DEC 16 PM 3:31
U.S. DISTRICT COURT CLERK

1-3